F I L E D
Clerk
District Court
FEB 23 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

1:21-cv-00010                                                    February 23, 2023
                                                                 2:05 p.m.

**H.K PANGELINAN & ASSOCIATES, LLC -vs- AMERICAN SINOPAN, LLC**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
           PAMELA HUYNH, LAW CLERK
           HEIDI DOOGAN, COURT REPORTER
           FRANCINE ATALIG, COURTROOM DEPUTY
           STEVEN PIXLEY, ATTORNEY FOR PLAINTIFF
           ARDEL CIOLO, LEGAL ASSISTANT
           HENRY PANGELINAN, PLAINTIFF
           LEA AGDORO, H.K. PANGELINAN REPRESENTATIVE

PROCEEDINGS:   FIRST AMENDED MOTION FOR DEFAULT JUDGMENT

Court addressed Plaintiff's First Amended Motion for Default Judgment, ECF No. [44].

Court and Attorney Pixley addressed service of process of the filed declaration at

ECF No. [46]. Court accepted into evidence Plaintiff's exhibits A and B and exhibits 1 through 7.

Court entered findings that there was sufficient notice of the amended motion for default judgment upon Defendant, and the requirement has been satisfied. Court reviewed *Eitel* factors and ultimately determined that they weighed in Plaintiff's favor. As to the amount of damages, Court noted that Plaintiff reduced the principal amount it sought from $422,400 to $421,800, in order to reflect the amount prayed for in the complaint.

Court entered default judgment in favor of Plaintiff against Defendant in the principal amount of $421,800, pre-judgment interest in the amount of $55,200, and federal post-judgement interest. Plaintiff to submit attorney's fees and costs for Contract One.

Clerk to enter judgment.

                                                    Adjourned at 2:55 p.m.
                                                    /s/ Francine Atalig, Courtroom Deputy