F I L E D
Clerk
District Court
FEB 24 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| H.K. PANGELINAN & ASSOCIATES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN SINOPAN, LLC, <br><br> Defendant. | Case No. 1:21-cv-00010 <br><br> **ORDER DIRECTING ENTRY OF DEFAULT JUDGMENT** |

    On April 11, 2022, default was entered against Defendant American Sinopan, LLC for its continuous failure to defend itself. (Order Striking Defendant's Answer, ECF No. 36; Entry of Default, ECF No. 37.) On January 13, 2023, Plaintiff H.K. Pangelinan & Associates, LLC filed its first amended motion for default judgment (ECF No. 44) pursuant to Federal Rule of Civil Procedure 55(b)(2). The matter came on for a default judgment hearing on February 23, 2023. Based on the evidence presented, and for the reasons stated on the record, the Court GRANTED Plaintiff's motion and awarded judgment in favor of Plaintiff and against Defendant in the principal amount of $421,800, plus prejudgment interest in the amount of $55,200, plus attorney's fees and costs related to Contract One, plus the applicable federal interest rate for post-judgment interest on February 23, 2023. (Mins., ECF No. 48.) The Clerk is directed to enter default judgment accordingly.

    IT IS SO ORDERED this 24th day of February, 2023.

_____
RAMONA V. MANGLONA
Chief Judge