F I L E D
Clerk
District Court
APR 19 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

1:21-cv-00010  
April 19, 2023  
1:35 p.m.

**H.K PANGELINAN & ASSOCIATES, LLC -vs- AMERICAN SINOPAN, LLC**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
PAMELA HUYNH, LAW CLERK
HEIDI DOOGAN, COURT REPORTER
FRANCINE ATALIG, COURTROOM DEPUTY
COLIN THOMPSON, ATTORNEY FOR PLAINTIFF

PROCEEDINGS: MOTION FOR ATTORNEYS' FEES AND COSTS

Court addressed Plaintiff's Motion for Attorneys' Fees and Costs, ECF No. [51]. Attorney Thompson confirmed with the Court that this motion was not served upon the Defendant. Court apprised counsel that pursuant to Rule 54(d)(2)(B)(ii) that judgment information is to be included within the motion. Court denied Attorney Thompson's oral request to amend the motion to include judgment information.

Court stated its inclination as to the rate for attorney services for each attorney and paralegal service. Court withheld ruling on this motion to allow Attorney Thompson to file supplemental or amendment no later than May 3, 2023.

Adjourned at 2:15 p.m.
/s/ Francine Atalig, Courtroom Deputy