F I L E D
 Clerk
 District Court
JUN 01 2023
for the Northern Mariana Islands
By_____
            (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| H.K. PANGELINAN & ASSOCIATES, LLC<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN SINOPAN, LLC<br><br>　　　　　　Defendant. | Case No. 1:21-CV-00010<br><br>ORDER GRANTING REQUEST TO APPEAR BY VIDEO DURING MOTION HEARING<br><br>Date: June 29, 2023<br>Time: 9:30 a.m.<br>Judge: Hon. Ramona V. Manglona |

**FOR GOOD CAUSE SHOWN**, the Court **HEREBY GRANTS** Plaintiff H.K. Pangelinan & Associates, LLC's Request for Attorney Colin M. Thompson to Appear by Video During Motion Hearing. [ECF No. 60]. Attorney Thompson may appear by video during the Motion for Attorneys' Fees and Costs hearing scheduled on June 29, 2023, at 9:30 a.m. He shall coordinate with the Clerk's Office for such arrangements.

**SO ORDERED** this 1st day of June, 2023.

_____
Ramona V. Manglona
Chief Judge